Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STECHER, | Case No.: 2:17-cv-02030 JAK-JC |
| Plaintiff, | **Joint Report Regarding Settlement** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; OCWEN LOAN SERVICING, LLC; and DOES 1 through 10, inclusive, | The Hon. John A. Kronstadt |
| Defendants. | |

Pursuant to Document Number 31 the parties file this Joint Report Regarding Settlement.   The parties participated in a settlement conference with the Honorable Magistrate Judge Jacqueline Chooljian on September 21, 2017.   Plaintiff settled his claims with Equifax and Trans Union. Plaintiff did not settle with Ocwen Loan Servicing, LLC.

Plaintiff and Trans Union have agreed on a final draft of the settlement agreement. Plaintiff signed the settlement agreement and sent it to Trans Union. Plaintiff is awaiting

Trans Union to sign the settlement agreement and make a settlement payment before dismissing them.

Plaintiff and Equifax have been working on a settlement agreement. Plaintiff sent revisions to Equifax on October 6, 2017. Plaintiff is waiting for Equifax to implement the revisions before signing the agreement. After signing the agreement Plaintiff will then wait for the settlement payment and credit reporting correction before dismissing Equifax.

Since the completion of the settlement conference Plaintiff and Ocwen have continued settlement discussions. The parties made progress towards resolving this matter at the conference and continue to do so following the conference. Therefore, a further session with Judge Chooljian is not anticipated at this time.

The parties respectfully request the court to continue the Order to Show Cause re Dismissal for November 13, 2017 at 1:30 p.m. for thirty days or, alternatively, to allow telephonic appearances.

DATE:  November 2, 2017          BY: /s/Jeremy S. Golden_____
                                 Jeremy S. Golden
                                 Attorney for Plaintiff

DATE:  November 2, 2017          BY: /s/E. Christine Hehir_____
                                 E. Christine Hehir
                                 Attorney for Ocwen Loan Servicing, LLC

DATE:  November 2, 2017          BY: /s/Thomas P. Quinn, Jr._____
                                 Thomas P. Quinn, Jr.
                                 Attorney for Equifax Information Services LLC

DATE:  November 2, 2017          BY: /s/Paul Sheldon_____
                                 Paul Sheldon
                                 Attorney for Trans Union LLC