1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRALDISTRICT OF CALIFORNIA**

ROBERT STECHER,

        Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC; TRANS UNION
LLC; OCWEN LOAN SERVICING,
LLC; and DOES 1 through 10,
inclusive,

        Defendants.

Case No.:  2:17-cv-02030-JAK-JC

**ORDER RE STIPULATION TO
DISMISS DEFENDANT TRANS
UNION LLC ONLY**

     Having considered the parties' Stipulation of Dismissal, Trans Union LLC is hereby dismissed with prejudice.  Each party shall bear its own costs and expenses. This dismissal shall not apply to the other named Defendants.

     The December 18, 2017 Order to Show Cause Hearing is vacated as to Defendant Trans Union LLC only.

     IT IS SO ORDERED.

Date:  November 14, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE