**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT STECHER,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; OCWEN LOAN SERVICING, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-02030-JAK-JC<br><br>**ORDER OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC ONLY** |

    Having considered the parties' Stipulation of Dismissal, Equifax Information Services, LLC is hereby dismissed with prejudice. Each party shall bear its own costs and expenses. Accordingly, the December 18, 2017 Order to Show Cause Hearing is taken off calendar.

    This dismissal shall not apply to the other named Defendants.

    IT IS SO ORDERED.

Date: December 5, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE