| | |
|---|---|
| 1 | Jeremy S. Golden (SBN 228007) |
| 2 | Cory M. Teed (SBN 299780) |
| 3 | Golden & Cardona-Loya, LLP |
| | 3130 Bonita Road, Suite 200B |
| 4 | Chula Vista, CA 91910 |
| 5 | jeremy@goldencardona.com |
| | Phone: 619-476-0030; Fax: 775-898-5471 |
| 6 | Attorney for Plaintiff |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT STECHER, | Case No.: 2:17-cv-02030 JAK-JC |
| Plaintiff, | **Joint Report Regarding Settlement** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; OCWEN LOAN SERVICING, LLC; and DOES 1 through 10, inclusive, | The Hon. John A. Kronstadt |
| Defendants. | |

Pursuant to the court's November 3, 2017 order the remaining parties file this joint report regarding the status of settlement efforts. Plaintiff and Ocwen have settled this matter. The parties request thirty days to complete the settlement and file a dismissal.

//
//
//

DATE:  February 1, 2018          BY: /s/Jeremy S. Golden_____
                                     Jeremy S. Golden
                                     Attorney for Plaintiff

DATE:  February 1, 2018          BY: /s/E. Christine Hehir_____
                                     E. Christine Hehir
                                     Attorney for Ocwen Loan Servicing, LLC

JUDGE JOHN A. KRONSTADT
EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 2:17-cv-02030-JAK-JC |  |  |
|---|---|---|---|
| Case Name | Stecher v. Equifax Information Services, LLC; et al. |  |  |
| Matter | Plaintiff's Request | Defendant's Request | Court's Order |

| | | | |
|---|---|---|---|
| Jury Trial (Tuesday at 9:00 a.m.) Length: 3-4 days | 7/10/18 | Ocwen: Court Trial | |
| Final Pretrial Conference and Status Conference re Disputed Exhibits | 6/25/18 | 6/25/18 | |
| Anticipated Ruling on All Motion | 5/28/18 | 5/28/18 | |
| Last Date to Hear Motions | 4/30/18 | 4/30/18 | |
| Last Date to File Motions | 2/5/18 | 2/5/18 | |
| Expert Discovery Cut-Off | 2/5/18 | 2/5/18 | |
| Expert Disclosure (Rebuttal) | 1/22/18 | 1/22/18 | |
| Expert Disclosure (Initial) | 12/26/17 | 12/26/17 | |
| Non-Expert Discovery Cut-Off | 12/11/17 | 12/11/17 | |
| Last Date to Add Parties/Amend Pleadings | 11/30/17 | 11/30/17 | |

ADR Settlement Choice:

    - Magistrate Judge

Last Day to Conduct Settlement Conference: 5/28/18

Notice of Settlement/Joint Report Re Settlement: 6/1/18

Post Mediation Status Conference: 6/11/18